FILED

United States District Court
Middle District OF Florida
Jacksonville Division

2017 JAN 18  AM 9:10
CLERK, US DISTRICT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Kalvin Gilbert
    Plaintiff

Case #: 3:17-CV-54-J-25PDB

VS.
City of Jacksonville
    Defendant

## Complaint And Demand For Trial by Jury

1. This is An action for damages that exceed $1,000,000.00.

2. Plaintiff, Kalvin Gilbert, At All time relevant hereto, was a resident of Jacksonville, Florida.

3. The event or transaction out of which this claim arose occurred at plaintiff resident in Jacksonvill, Florida

Count 2- <u>Gender Discrimination And equal protection clause</u>

Fact: On 9-8-15, Tiffany Reid, the alleged victim in the above-styled cause, unlawfully tried to hit Kalvin Gilbert plaintiff with car vechile at plaintiff residence, located at 3612 Haines Street.

Fact: At all time material, Kalvin Gilbert used only defenisve to repel Tiffany Reid Attemp to hit plaintiff in the car at his residence.

Fact: Tiffany Reid had no right to be present at plaintiff house with her boyfriend, and was not a lawful resident of Kalvin Gilbert house.

Fact: On 9-21-15, Judge Kevin Blazs put plaintiff Kalvin Gilbert on a permanent injunction, saying because I'm a male and she a female I have no right to defend myself at my residence if Tiffany Reid tried to harm my life. Clearly on 9-9-15, when Tiffany Reid made the Allegation to put plaintiff on temporary injunction,

She admitted that Kalvin Gilbert thought it was her who tried to harm his life, for him to make the threats.

Fact: On 9-21-15 when Judge Kevin Blazs put plaintiff on permanent injunction he also took my child with no proof only allegation he was in danger and said i can't see him anymore because of the injunction was supposed to be for Tiffany Reid. I couldn't see Kalvin Gilbert jr at school, koker park, or anywhere else. Tiffany Reid showed proff of the threat when plaintiff defend his life but no other proof of the rest of her allegation. Now Kalvin Gilbert Sr. plaintiff, suffering from Judge Kevin Blazs decision taking his son from him, having him deeply disturb and stress.

Wherefore, plaintiff demands judgment for the following:

A) Mental Anguish and humiliation

B) Many damages as a result of loss of job

opportunities

C) Such other and further relief as the Court deems just and proper in the circumstances.

D) Trial by jury

Respectfully submitted on 13 day of January, 2017.

*Kalvin Gilbert*

Kalvin Gilbert

3612 Haines Street

Jacksonville, Florida 32206

904-888-2397